AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:13-MJ-341 | Date and time warrant executed: 7-17-2013 | Copy of warrant and inventory left with: Troy Belvin |
| Inventory made in the presence of : Troy Belvin | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached inventory list. Nothing else follows

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 6 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/6/2013

_____
Executing officer's signature

S/A Brian Faust
Printed name and title

**ORIGINAL**

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 4:13-MJ-341
)
8136 Downe Drive ) **SEALED**
White Settlement, Texas 76108 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___Texas, Fort Worth Division___
*(identify the person or describe the property to be searched and give its location):*

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___July 24, 2013___
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Jeffrey L. Cureton___ .
*(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: ___July 10, 2013 @ 2:00pm___    _____[signature]_____
                                                          *Judge's signature*

City and state: ___Fort Worth, Texas___    ___United States Magistrate Judge Jeffrey L. Cureton___
                                                 *Printed name and title*



## ATTACHMENT A

### DESCRIPTION OF ITEMS TO BE SEARCHED OR SEIZED

8136 Downe Drive, White Settlement, Texas 76108 is a one-story, single family home located in Tarrant County within the Northern District of Texas. The residence was built with what appears to be light color tan wood and contains green trim around the windows and roof lining. The numbers 8136 are attached next to the front door of the residence which was built in 1955 and is approximately 940 square feet.



**Attachment A**

## ATTACHMENT B
## DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

1. Computer(s), computer hardware, computer software, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

2. Any and all computer software, including programs to run operating systems, applications (such as word processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs, including, but not limited to, P2P software.

3. Evidence of who used, owned, or controlled the computer(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence.

4. Any and all notes, documents, records, or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to the possession, receipt, or distribution of child pornography as defined in 18 U.S.C. § 2256(8) or to the possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

5. In any format and medium, all originals, computer files, copies, and negatives of child pornography as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2), or child erotica.

6. Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the operator of the computer for the purpose of distributing or receiving child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

Attachment B

7. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes), identifying persons transmitting, through interstate or foreign commerce by any means, including, but not limited to, by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

8. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the receipt, transmission, or possession of child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

9. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography.

10. Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible child pornography to members.

11. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern any accounts with an Internet Service Provider.

**Attachment B**

12. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

13. Any and all cameras, film, videotapes or other photographic equipment.

14. Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate or foreign commerce by any means, including by the United States Mail or by computer, any child pornography as defined in 18 U.S.C. § 2256(8) or any visual depiction of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

15. Any and all documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files), pertaining to occupancy or ownership of the premises described above, including, but not limited to, rental or lease agreements, mortgage documents, rental or lease payments, utility and telephone bills, mail envelopes, or addressed correspondence.

16. Any and all diaries, notebooks, notes, and any other records reflecting personal contact and any other activities with minors visually depicted while engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

**Attachment B**

## Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
8136 Downe Dr
White Settlement, TX 76108
single story residence

**Investigation Number:**
DAQR13DA16
**Starting Date and Time:**
07/17/2013 06:00 AM
**Ending Date and Time:**
07/17/2013 08:01 AM

**Report Date:**
Wednesday, July 17, 2013

---

**Control #:** 1
**Location:** Bedroom 1
**Found:** nightstand
**Description:** Seized Per Warrant   PNY 4G thumb drive mini attache
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** Bedroom 1
**Found:** nightstand
**Description:** Seized Per Warrant   PNY 16G THUMB DRIVE MINI ATTACHE
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** Bedroom 1
**Found:** nightstand
**Description:** Seized Per Warrant   SANDISK CRUZER 16GB THUMB DRIVE
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** Bedroom 1
**Found:** nightstand
**Description:** Seized Per Warrant   PNY 16GB MINI ATTACHE THUMB DRIVE
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** Bedroom 1
**Found:** nightstand
**Description:** Seized Per Warrant   CD'S (8 EA)
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** Living Room
**Found:** COFFEE TABLE
**Description:** Seized Per Warrant   ASUS LAPTOP MODEL K50IJ SN A2N0AS683011108
**Evidence Box:**
**Locator Code:**

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | |
| **Location:** | Bedroom 2 | **Locator Code:** | |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | WESTERN DIGITAL HARD DRIVE 320 GB SN WCAV21606095 | |
| **Control #:** | 8 | **Evidence Box:** | |
| **Location:** | Bedroom 2 | **Locator Code:** | |
| **Found:** | DESK | | |
| **Description:** | Seized Per Warrant | WESTERN DIGITAL HARD DRIVE | |