IIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 3 0 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**In The Matter of the Search of:**

8136 Downe Drive
White Settlement, Texas 76108

Case No. 4:13-MJ-341

## ORDER

BEFORE this Court for consideration is Government's Motion to Unseal regarding the unsealing of the search warrant, application and affidavit in this case.

IT IS HEREBY ORDERED that the search warrant, application and affidavit for search warrant in this cause be UNSEALED.

SIGNED this 30 day of January 2014.

_____
JEFFREY L. CURETON
United States Magistrate Judge